UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
FA XIANG CHEN,

        Plaintiff,

  - against -

JEH JOHNSON, Secretary of Department of Homeland Security, LEON RODRIGUEZ, Director of U.S. Citizenship & Immigration Services, DONALD NEUFELD, Associate Director of U.S. Citizenship & Immigration Services,

        Defendants.
-----------------------------------------------------------X

JUDGMENT
15-CV-3422 (RRM)

A Memorandum and Order of the undersigned having been issued this day dismissing plaintiff's claims against defendants, and further directing the Clerk of Court to enter judgment accordingly and to close this case, it is

ORDERED ADJUDGED AND DECREED that plaintiff take nothing of defendants; and that all claims brought by plaintiff as against defendants are dismissed; and that this case is hereby closed.

Dated: Brooklyn, New York
       August 30, 2016

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge